IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 28, 2008

Charles R. Fulbruge III
Clerk

No. 07-50662

MARTHA CANTU

Plaintiff-Appellant

v.

EDUARDO CARMONA; OFFICER FRANK RODRIGUEZ;
TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:06-CV-21

Before REAVLEY, JOLLY, and GARZA, Circuit Judges.

PER CURIAM:[*]

We have read the briefs and heard the arguments of the parties. After reviewing the record we have concluded that the district court committed no reversible error. Accordingly, its judgment is affirmed. See 5th Cir. R. 47.6.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.